■ EMMELYN LOGAN-BALDWIN et al., Respondents, v ELIZABETH MORNINGSTAR et al., Appellants. (Appeal No. 1.)—Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: The latest date upon which defendants treated plaintiff Emmelyn Logan-Baldwin was October 19, 1984, when defendant Dr. Morningstar examined plaintiff for the last time without scheduling a future appointment *(see, Massie v Crawford,* 78 NY2d 516; *Rizk v Cohen,* 73 NY2d 98, 103; *Richardson v Orentreich,* 64 NY2d 896, 898; *McDermott v Torre,* 56 NY2d 399, 405). The evidence upon which plaintiffs rely to establish continuing treatment after that date is insufficient as a matter of law *(see, Cooper v Kaplan,* 163 AD2d 215, *affd* 78 NY2d 1103; *Parrott v Rand,* 126 AD2d 621, *lv denied* 69 NY2d 611). Consequently, Supreme Court erred by denying defendants' motion to dismiss plaintiffs' complaint as time-barred. (Appeal from Order of Supreme Court, Monroe County, Affronti, J.—

Summary Judgment.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.